CT Corporation

**Service of Process Transmittal**
05/24/2010
CT Log Number 516676544



MAY 2 6 2010

**TO:**    Karen Selavka
General Electric Company
PO # 111-003702, Corp Legal Dept
3135 Easton Tnpk
Fairfield, CT 06431

**RE:**    **Process Served in Florida**

**FOR:**   General Electric Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Anna Lopez, Pltf. vs. General Electric Company, a Florida Corporation, and Electrolux North America, Inc., etc., Dfts. *Domestic state discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Bay County Circuit Court, FL Case # 10-1176 CA |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - General Electric Clothes Washer, Model# WSZG208F0WW, Serial# TH401847W, locking mechanism did not work and the door opened while the machine was in operation, causing injuries on October 9, 2008 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/24/2010 at 09:50 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Brent F. Bradley Kinsey, Troxel, Johnson, Walbarsky & Bradley, P.A. 438 East Government Street Pensacola, FL 32502 850-434-5267 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 792827934825 Image SOP Email Notification, Karen Selavka KAREN.SELAVKA@CORPORATE.GE.COM |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / LH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

26

IN AND FOR THE CIRCUIT COURT, BAY COUNTY, FLORIDA

ANNA LOPEZ

      Plaintiff.

v.

GENERAL ELECTRIC COMPANY AND
ELECTROLUX NORTH AMERICA, INC.

      Defendants.

_____/

CASE NO.:   10 -117

*RECEIVED SHERIFF*
*2010 MAY 13 AM 8:42*
*BROWARD COUNTY, FLORIDA*

## SUMMONS FOR SERVICE ON CORPORATION

THE STATE OF FLORIDA:

    To All and Singular the Sheriffs of said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of
the Complaint or Petition in the above-styled cause upon the Defendant GENERAL
ELECTRIC COMPANY. C/O CT Corporation System, Registered Agent, 1200 S.
Pine Island Rd., Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to said
Complaint or Petition on Plaintiff's attorney at:

*DATE: 05-24-10*
*0950*
*DEPUTY SHERIFF*
*Sal By #0950*

           Brent F. Bradley
        438 East Government Street
          Pensacola, FL 32502

within 20 days after service of this Summons upon you, exclusive of the day of
service, and to file the original of said written defenses with the Clerk of said Court
either before service on Plaintiff's attorney or immediately thereafter.  If you fail to
do so, a default will be entered against you for the relief demanded in the Complaint
or Petition.

    WITNESS my hand and seal of said Court on ____4/29____, 2010.

           CLERK OF THE CIRCUIT COURT
           BAY COUNTY, FLORIDA

           BY:_____
                Deputy Clerk

IN AND FOR THE CIRCUIT COURT, BAY COUNTY, FLORIDA


ANNA LOPEZ

        Plaintiff.

                                    CASE NO.: 10-1176CA

v.

GENERAL ELECTRIC COMPANY, a Florida
Corporation, ELECTROLUX NORTH
AMERICA, INC., an Ohio Corporation,

        Defendants.

_____/

**COMPLAINT**

    Plaintiff, Anna Lopez, sues Defendants General Electric Company, a Florida

Corporation, and Electrolux North America, Inc., an Ohio Corporation, and alleges:

    1.     This is an action for damages that exceeds $15,000.00.

    2.     Anna Lopez is a resident of Bay County, Florida.

    3.     General Electric Company ("GE") is a Florida corporation engaged in

the business of manufacturing and selling appliances, such as clothes washers, to

the general public.

    4.     Electrolux North American, Inc. ("Electrolux") is an Ohio corporation,

having its principal place of business in a state other than Florida.  Electrolux Is

engaged in the business of manufacturing and selling appliances, such as clothes

washers, in Florida.  As such, Electrolux is conclusively presumed to be doing

business in this state and is subject to Florida's long arm jurisdiction.

    5.     Electrolux manufactured a household appliance identified as a

General Electric clothes washer, Model #WSXH208F0WW, Serial #TH401847W,

BILL KINSAUL
CLERK OF COURT
BAY COUNTY, FLORIDA
2010 APR 29 P
FILED

("washer").  The washer was purchased on March 14, 2006 from GM Appliance by Kolmetz Construction for installation at the Salvation Army Domestic Violence Shelter in Panama City, Bay County, Florida.

6.      On October 9, 2008, Anna Lopez was a resident at the shelter and used the washer as intended by Electrolux and GE, properly loading it with clothes and starting its operation as instructed by the manufacturer.

7.      The clothes washer was designed and intended to lock during operation because of the known danger associated with reaching into the washer while it was in operation.

8.      The washer was defective and dangerous because the locking mechanism did not work and the door opened wile the machine was in operation.

## COUNT I

## NEGLIGENCE (ELECTROLUX)

9.      Plaintiff, Anna Lopez, realleges the allegations contained in the foregoing paragraphs 1 through 8 as if the same were set forth fully herein.

10.     Electrolux was under a duty to design and manufacture the washer so that it would be reasonably safe for its intended use.

11.     Electrolux breached its duty by defectively designing and manufacturing the washer so that it continued to operate while the door was open.

12.     As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money.  The losses are either

permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT 2

## STRICT LIABILITY (ELECTROLUX)

13.    Plaintiff, Anna Lopez, realleges the allegations contained in the
foregoing paragraphs 1 through 8 as if the same were set forth fully herein.

14.    Electrolux is in the business of manufacturing and selling washers.

15.    The washer was placed on the market by Electrolux with
knowledge that it would be used without inspection for defects.

16.    The washer was defectively manufactured so as to be
unreasonably dangerous to Ms. Lopez because of a manufacturing flaw in the
door locking mechanism existing at the time the washer was placed on the
market.  The defect allowed the door to open during the operation of the washer.

17.    The washer's intended use included its performance as a washer
within a non-commercial setting.  As a resident at the shelter, Ms. Lopez became
a user of the product.

18.    The defect in the washer was a legal cause of injury to Ms. Lopez
in that it directly and in natural and continuous sequence produced or contributed
substantially to the injury sustained by Ms. Lopez.

19.    As a result, Plaintiff suffered bodily injury and resulting pain and
suffering, disability, disfigurement, mental anguish, loss of capacity for the
enjoyment of life, expense of hospitalization, medical and nursing care and
treatment, loss of earnings and loss of ability to earn money.  The losses are either
permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT 3

## NEGLIGENCE (GE)

20.     Plaintiff, Anna Lopez, realleges the allegations contained in the foregoing paragraphs 1 through 8 as if the same were set forth fully herein.

21.     GE was under a duty to design and manufacture the washer so that it would be reasonably safe for its intended use.

22.     GE breached its duty by defectively designing and manufacturing the washer so that it continued to operate while the door was open.

23.     As a result, Ms. Lopez suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money.  The losses are either permanent or continuing and Ms. Lopez will suffer the losses in the future.

## COUNT 4

## STRICT LIABILITY (GE)

24.     Plaintiff, Anna Lopez, realleges the allegations contained in the foregoing paragraphs 1 through 8 as if the same were set forth fully herein.

25.     GE is in the business of manufacturing and selling washers.

26.     The washer was placed on the market by GE with knowledge that it would be used without inspection for defects.

27.     The washer was defectively manufactured so as to be unreasonably dangerous to Ms. Lopez because of a manufacturing flaw in the door locking mechanism existing at the time the washer was placed on the market.  The defect allowed the door to open during the operation of the washer.

28.    The washer's intended use included its performance as a washer within a non-commercial setting.  As a resident at the shelter, Ms. Lopez became a user of the product.

29.    The defect in the washer was a legal cause of injury to Ms. Lopez in that it directly and in natural and continuous sequence produced or contributed substantially to the injury sustained by Ms. Lopez.

30.    As a result, Ms. Lopez suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money.  The losses are either permanent or continuing and Ms. Lopez will suffer the losses in the future.

WHEREFORE, Plaintiff Anna Lopez demands judgment for damages against Defendants and a trial by jury.

Brent F. Bradley
Florida Bar No. 162401
Kinsey, Troxel, Johnson,
Walborsky & Bradley, P.A.
438 East Government Street
Pensacola, Florida  32502
(850) 434-5267

Dated this 27th day of April, 2010.